818

LAMAR–DELTA COUNTY LEVEE IM-PROVEMENT DISTRICT NO. 2, Plaintiff in Error, v. Henry GORDON, Defendant in Error.

No. 1665—6139.

Commission of Appeals of Texas, Section A.
May 31, 1933.

Beauchamp & Lawrence, of Paris, for plaintiff in error.

A. P. Dohoney, of Paris, for defendant in error.

HARVEY, Presiding Judge.

This is a companion case to Lamar-Delta County Levee Improvement District No. 2 v. H. E. Dunn et al. (Tex. Com. App.) 61 S.W. (2d) 816, this day decided. The decision in the latter case controls the decision in this case. We recommend that the judgment entered herein by the Court of Civil Appeals be affirmed.

CURETON, Chief Justice.

The judgment of the Court of Civil Appeals is affirmed, as recommended by the Commission of Appeals.